1

2

3

4

5                    UNITED STATES DISTRICT COURT

6                    EASTERN DISTRICT OF CALIFORNIA

7   STEPHEN D. SHEPARD,                    )        Case No. 1:02-cv-6113 OWW TAG
                                           )
8            Plaintiff,                    )        **ORDER AFTER HEARING ON**
                                           )        **DISCOVERY DISPUTE**
9        vs.                               )
                                           )
10  CITY OF BAKERSFIELD, POLICE            )
    OFFICERS ERIC MATLOCK, WILLIAM         )
11  RECTOR, BILL MAXWELL, BILL             )
    BAILEY, GLEN GRUNDIES, RICHARD         )
12  SEFTON, BRAD NORRIS, NEIL MAHAN,       )
    MELVIN SCOTT, GEORGE GOMEZ,            )
13  CHAD JACKMAN, DON DEGERE, BRAD         )
    WHAL, CITY ATTORNEYS OFFICE OF         )
14  BAKERSFIELD, WALTER H. PORR,           )
    BART THILTGEN, ALLEN TANDY,            )
15  HARVEY HALL,                           )
                                           )
16           Defendants.                   )
                                           )
17  _____)

18       This matter came on for hearing on May 12, 2005 at 9:30 a.m. before the Hon. Theresa A.

19  Goldner.  Attorney Jacob J. Rivas appeared on behalf of defendants.  Plaintiff, Stephen D. Shepard

20  appeared pro se.  Both parties having had an opportunity to present argument to the Court, the Court

21  makes the following order:

22       GOOD CAUSE APPEARING THEREFOR, IT IS ORDERED that plaintiff, Stephen D.

23  Shepard appear for his deposition on Friday, June 3, 2005 at 10:00 a.m. at Keleher's Certified

24  Shorthand Reporters, located at 3400 Unicorn Road, Suite 101, Bakersfield, California.

25

26  IT IS SO ORDERED.

27  **Dated:   May 18, 2005**                    **/s/ Theresa A. Goldner**
    j6eb3d                              UNITED STATES MAGISTRATE JUDGE
28