**FILED**

2005 AUG -3 A 8: 10

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
FRESNO
BY_____

1  Jacob J. Rivas, No. 208504
   MARDEROSIAN, RUNYON, CERCONE,
2     LEHMAN & ARMO
   1260 Fulton Mall
3  Fresno, California 93721
   Telephone: (559) 441-7991
4  Facsimile: (559) 441-8170

5  Attorneys for: Defendants CITY OF BAKERSFIELD, MATLOCK, RECTOR, MAXWELL,
   BAILEY, GRANDEIS, SEFTON, NORRIS, MAHAN, SCOTT, GOMEZ,
6  JACKMAN, DEGERE, WHAL, CITY ATTORNEY'S OFFICE OF
   BAKERSFIELD, PORR, THILTGEN, TANDY, and HALL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN D. SHEPARD, | Case No. CV-F-02-6113 OWW TAG |
| Plaintiff, | **STIPULATED DISMISSAL AND [PROPOSED] ORDER** |
| vs. | |
| CITY OF BAKERSFIELD, POLICE OFFICERS ERIC MATLOCK, WILLIAM RECTOR, BILL MAXWELL, BILL BAILEY, GLEN GRUNDIES, RICHARD SEFTON, BRAD NORRIS, NEIL MAHAN, MELVIN SCOTT, GEORGE GOMEZ, CHAD JACKMAN, DON DEGERE, BRAD WHAL, CITY ATTORNEYS OFFICE OF BAKERSFIELD, WALTER H. PORR, BART THILTGEN, ALLEN TANDY, HARVEY HALL, | |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto that defendants CITY OF BAKERSFIELD, MATLOCK, RECTOR, MAXWELL, BAILEY, GRANDEIS, SEFTON, NORRIS, MAHAN, SCOTT, GOMEZ, JACKMAN, DEGERE, WHAL, CITY ATTORNEY'S OFFICE OF BAKERSFIELD, PORR, THILTGEN, TANDY, and HALL, be dismissed with prejudice in accordance with a waiver of attorney fees and costs in this matter.

///

///

1  Dated: ~~June 22~~ July 18, 2005

MARDEROSIAN, RUNYON, CERCONE
LEHMAN & ARMO

By: _____
JACOB J. RIVAS,
Attorney for defendants above-named.

Dated: ~~June 13~~ July, 2005

By: _____
STEPHEN D. SHEPARD, Plaintiff

**ORDER**

The stipulation of the parties having been read and considered by the Court, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that the above entitled action be dismissed with prejudice.

Dated: 8-2-05

_____
JUDGE OF THE U.S. DISTRICT COURT

Shepard v. City of Bakersfield, et al.
United States District Court No. CV-F-02-6113 OWW TAG

2

**PROOF OF SERVICE**

I, the undersigned, declare as follows:

I am over the age of eighteen (18) and not a party to this action; my business address is 1260 Fulton Mall Fresno, California, 93721, which is located in the county where the mailing described below took place.

On July 18, 2005, at Fresno, California, I served a true copy of the **STIPULATED DISMISSAL AND [PROPOSED] ORDER** in a sealed envelope addressed as follows to the parties to the within action described as:

<u>ATTORNEY</u>                                                          <u>PARTY</u>

Stephen D. Shepard, Pro Per
6813 Quailwood Drive
Bakersfield, CA 93309

Walter H. Porr, Jr., Esq.
P. O. Box 961656
Boston, MA 02196-1656

| | | |
|---|---|---|
| X | Placed for Mailing: | I am readily familiar with the practice for collection and processing of correspondence for mailing with the United States Postal Service of the firm. The practice is to deposit correspondence with the United States Postal Service the same day it is placed for mailing in the ordinary course of business. I placed the envelope(s), with postage prepaid, [__ marked Express Mail] for collection and processing for mailing following said practice. (Code Civ. Proc., §§ 1013, et seq.) |
| __ | Personally Mailed: | I deposited the envelope(s), with postage prepaid, [__ marked Express Mail] with the United States Postal Service. (Code Civ. Proc., §§ 1013, et seq.) |
| __ | Personal Service: | I delivered said envelope(s) by hand to the address(es) listed above. (Code Civ. Proc., § 1011.) |
| __ | Facsimile: | I served said document via facsimile transmission to the number(s) listed above. (Code Civ. Proc., §§ 1013, et seq.) |
| __ | State: | I declare under penalty of perjury under the laws of the State of California that the foregoing is true & correct. |
| X | Federal: | I declare that I am employed in the office of a member of the bar of this court at whose direction service was made. |

Executed on July 18, 2005, at Fresno, California.

_____
VICKIE MORA